RECEIVED
IN LAKE CHARLES, LA
MAR 14 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CORVEL HEALTHCARE CORPORATION** | : | **DOCKET NO. 05-1330** |
| VS. | : | **JUDGE TRIMBLE** |
| **LAKE CHARLES MEMORIAL HOSPITAL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss (doc. #3) filed by defendants, Southwest Louisiana Hospital Association d/b/a Lake Charles Memorial Hospital is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14th day of March, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE